# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 559 MAL 2019

         Respondent                :
                                          :
                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

              v.                           :

JOHN E. JERDON JR.,                 :

         Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.